**SO ORDERED.**

**SIGNED this 10th day of April, 2014.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

C-13-7a
(Rev. 01/12)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re:                                    )        **ORDER CONFIRMING PLAN**
Ralph Emmett Dukes        SS# xxx-xx-4295  )               **CHAPTER 13**
114 Sandstone Road                        )
Roxboro, NC 27574                         )
                                          )
                                          )   Case No. B-13-81432 C13D
                                          )
              Debtor(s)                   )

       This case came before the Court, after notice and opportunity for hearing, for
confirmation of the Chapter 13 plan proposed in this case; and IT APPEARING to the Court
as follows:

**I.**     The Trustee in this case is <u>Richard M. Hutson II</u>, Standing Trustee, <u>Post Office Box
        3613, Durham, North Carolina 27702</u>;

**II.**    The attorney for the Debtor(s) is **John T. Orcutt**;

**III.**   Under the final plan (the "Plan") as proposed:

       **A.**    **Plan Payments**

               1.     The Debtor(s) is/are to make monthly payments to the Trustee which are to
                      be disbursed by the Trustee in accordance with the Plan and this Order;

               2.     The monthly plan payment to the Trustee is **$227.00** beginning
                      **12/13/2013**; Payments into the Plan shall be increased to **$262.00** per
                      month beginning <u>03/2014</u>; Payments into the Plan shall be increased to
                      **$455.00** per month beginning <u>05/2014</u>.

       **B.**    **Administrative Costs**

               **1.**    **Attorney Fees.** The Attorney for the Debtor(s) is allowed the base fee of
                      **$3,700.00**. The Attorney has received **$200.00** from the Debtor(s) pre-
                      petition and the remainder of the base fee will be paid by the Trustee as
                      funds are available.

               **2.**    **Trustee costs.** The Trustee will receive from all disbursements such
                      amount as approved by the Court for payment of fees and expenses.

C.    Priority Claims

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

1.    Internal Revenue Service
2.    North Carolina Department of Revenue
3.    Person County Tax Collector - $76.54

D.    Secured Claims

1.    Long-term Debts - To be paid directly by Debtor(s).

| Creditor & Property | Claim Filed (Y/N) | Regular Payment |
|---|---|---|
| Springleaf Financial 114 Sandstone Road Roxboro,NC | Y | $1,710.38 Est. Per Debtor(s) |

2.    Secured Claims To Be Paid In Full - Real Property

| Creditor & Property | Claim Filed (Y/N) | Amount of claim | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| Springleaf Financial 114 Sandstone Road Roxboro,NC (arrears0 | Y | $1,710.38 | $28.51 | n/a |
| Person County Tax Collector 114 Sandstone Road Roxboro, NC | Y | $1,441.07 | $32.10 | 9% |

3.    Secured Claims To Be Paid In Full - Personal Property

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|
| FreedomRoad Fincl. 2009 Triumph Rocket t/e 3/24/09 | Y | $4,492.23 | $88.00 | 5.25% | $44.00 |

4.    Partially Secured Claims - Real Property and Personal Property

*Any objection to value is required to be filed as a formal objection to valuation not later than 60 days from the date of the entry of this Order.*

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Secured Amount and Value | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|---|
| Snap On Credit (consumer goods) | Y | $11,822.72 | $10,411.36 | $197.67 | 5.25% | $25.00 |
| John Deere Credit (consumer goods) | Y | $2,382.72 | $800.00 | $20.91 | 5.25% | $0.00 |

E.    General Unsecured Claims Not Separately Classified.

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration.  The estimated dividend to general unsecured claims is **0%**.

**F.** The Debtor(s) will pay **THE GREATER OF** the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, **OR** a **minimum** of <u>**36**</u> monthly plan payments, with the plan to be reviewed in six (6) months and periodically thereafter for plan payment adjustments;

**G.** The terms and provisions of the Standing Order dated <u>**February 24, 2012**</u>, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov.**

**H.** **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

## END OF DOCUMENT

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE
BANKRUPTCY NOTICING CENTER