UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   RALPH EMMETT DUKES                        CASE NO. 13-81432
   114 SANDSTONE RD                           JUDGE BENJAMIN A. KAHN
   ROXBORO, NC 27574

       DEBTOR

SSN(1) XXX-XX-4295                           DATE: 06/18/2014

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALTAIR OH XIII LLC<br>% WEINSTEIN PINSON AND RILEY PS<br>P O BOX 3978<br>SEATTLE, WA 98124-3978 | $3,356.79<br>INT: .00%<br>NAME ID: 249187<br>CLAIM #: 0016 | UNSECURED<br><br>ACCT: 0149<br>COMMENT: BEST BUY/CAPITAL ONE |
| ALTAIR OH XIII LLC<br>% WEINSTEIN PINSON AND RILEY PS<br>P O BOX 3978<br>SEATTLE, WA 98124-3978 | $1,222.02<br>INT: .00%<br>NAME ID: 249187<br>CLAIM #: 0036 | UNSECURED<br><br>ACCT: 5078<br>COMMENT: THE HOME DEPOT/CITIBANK |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR CAPITAL ONE BANK USA<br>P O BOX 71083<br>CHARLOTTE, NC 28272 | $17,421.87<br>INT: .00%<br>NAME ID: 238007<br>CLAIM #: 0017 | UNSECURED<br><br>ACCT: 4224<br>COMMENT: SONY |
| BANK OF AMERICA **<br>POST OFFICE BOX 982235<br>EL PASO, TX 79998-2235 | $0.00<br>INT: .00%<br>NAME ID: 228330<br>CLAIM #: 0010 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BRANCH BANKING AND TRUST COMPANY<br>BANKRUPTCY SECTION 100-50-01-51<br>P O BOX 1847<br>WILSON, NC 27894-1847 | $5,561.19<br>INT: .00%<br>NAME ID: 17360<br>CLAIM #: 0012 | UNSECURED<br><br>ACCT: 6010<br>COMMENT: |
| BRIDGESTONE<br>C/O CREDIT FIRST NAT'L ASSOC.<br>POST OFFICE BOX 81315<br>CLEVELAND, OH 44181-1315 | $0.00<br>INT: .00%<br>NAME ID: 192121<br>CLAIM #: 0027 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:CREDIT FIRST |
| CACH, LLC **<br>4340 S MONACO ST UNIT 2<br>DENVER, CO 80237-3408 | $0.00<br>INT: .00%<br>NAME ID: 247723<br>CLAIM #: 0032 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:HSBC |
| CAPITAL ONE<br>POST OFFICE BOX 26030<br>RICHMOND, VA 23260 | $0.00<br>INT: .00%<br>NAME ID: 250369<br>CLAIM #: 0018 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:CAPONE |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| CAPITAL ONE BANK<br>POST OFFICE BOX 85015<br>RICHMOND, VA  23285-5075 | $0.00<br>INT: .00%<br>NAME ID: 243185<br>CLAIM #: 0019 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:CAPONE |
| CATO'S<br>C/O CEAR HILL NATIONAL BANK<br>8100 DEMARK ROAD<br>CHARLOTTE, NC  28210 | $0.00<br>INT: .00%<br>NAME ID: 250370<br>CLAIM #: 0021 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CEDAR HILL NATIONAL BANK<br>POST OFFICE BOX 37902<br>CHARLOTTE, NC  28237-7902 | $0.00<br>INT: .00%<br>NAME ID: 212294<br>CLAIM #: 0022 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT FIRST<br>POST OFFICE BOX 81410<br>CLEVELAND, OH  44181-0410 | $0.00<br>INT: .00%<br>NAME ID: 250371<br>CLAIM #: 0023 | UNSECURED<br>NOT FILED<br>ACCT: 9949<br>COMMENT: |
| CREDIT FIRST<br>P O BOX 818011<br>CLEVELAND, OH  44181 | $1,548.60<br>INT: .00%<br>NAME ID: 94030<br>CLAIM #: 0026 | UNSECURED<br><br>ACCT: 4295<br>COMMENT: |
| DISCOVER BANK DB SERVICES CORP<br>P O BOX 3025<br>NEW ALBANY, OH  43054-3025 | $1,003.79<br>INT: .00%<br>NAME ID: 218756<br>CLAIM #: 0028 | UNSECURED<br><br>ACCT: 3081<br>COMMENT: |
| FINANCIAL RECOVERY SERVICES, INC.<br>POST OFFICE BOX 385908<br>MINNEAPOLIS, MN  55438-5908 | $0.00<br>INT: .00%<br>NAME ID: 184370<br>CLAIM #: 0033 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:HSBC |
| FREDERICK J. HANNA & ASSOCIATES, PC<br>1427 ROSWELL ROAD<br>MARIETTA, GA  30067 | $0.00<br>INT: .00%<br>NAME ID: 207217<br>CLAIM #: 0011 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:BOA |
| FREEDOMROAD FINANCIAL<br>% CRG 20016<br>P O BOX 29426<br>PHOENIX, AZ  85038-9426 | $4,492.23<br>INT: 5.25%<br>NAME ID: 250617<br>CLAIM #: 0001 | VEHICLE<br><br>ACCT: 6707<br>COMMENT:  09 TRIUMPH ROCKET,III |
| GECRB/LOWES***<br>ATTN:  BANKRUPTCY DEPT.<br>PO BOX 103104<br>ROSWELL, GA  30076 | $0.00<br>INT: .00%<br>NAME ID: 227145<br>CLAIM #: 0029 | UNSECURED<br>NOT FILED<br>ACCT: 6708<br>COMMENT: |
| HSBC **<br>CARD SERVICES<br>POST OFFICE BOX 80084<br>SALINAS, CA  93912-0084 | $0.00<br>INT: .00%<br>NAME ID: 222239<br>CLAIM #: 0031 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INSURANCE COMPANY OF THE SOUTH<br>P O BOX 45153<br>JACKSONVILLE, FL  32232 | $1,605.08<br>INT: .00%<br>NAME ID: 215264<br>CLAIM #: 0005 | UNSECURED<br><br>ACCT: 4052<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 400<br>CLAIM #: 0006 | PRIORITY<br>AMENDED<br>ACCT: 3350<br>COMMENT: 2007 THRU 2013 INCOME TAX/AMENDED |
| JOHN DEERE FINANCIAL<br>23176 NETWORK PLACE<br>CHICAGO, IL 60673 | $800.00<br>INT: 5.25%<br>NAME ID: 229087<br>CLAIM #: 0002 | SECURED<br><br>ACCT: 2703<br>COMMENT: Consumer Goods |
| JOHN DEERE FINANCIAL<br>23176 NETWORK PLACE<br>CHICAGO, IL 60673 | $1,582.72<br>INT: .00%<br>NAME ID: 229087<br>CLAIM #: 10002 | UNSECURED<br><br>ACCT: 2703<br>COMMENT: Split Claim |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | $2,008.13<br>INT: .00%<br>NAME ID: 91530<br>CLAIM #: 0035 | UNSECURED<br><br>ACCT: 9542<br>COMMENT: |
| NC DEPARTMENT OF JUSTICE<br>FOR NC DEPARTMENT OF REVENUE<br>POST OFFICE BOX 629<br>RALEIGH, NC 27602-0629 | $0.00<br>INT: .00%<br>NAME ID: 217981<br>CLAIM #: 0009 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:NC DEPT OF REV |
| NCC BUSINESS SERVICES, INC **<br>9428 BAYMEADOWS RD. STE 200<br>JACKSONVILLE, FL 32256-7912 | $0.00<br>INT: .00%<br>NAME ID: 222720<br>CLAIM #: 0030 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:GECRB/LOWES |
| NORTH CAROLINA DEPT. OF REVENUE**<br>POST OFFICE BOX 1168<br>RALEIGH, NC 27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 228559<br>CLAIM #: 0008 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PERSON COUNTY REGISTER OF DEED<br>21 ABBITT STREET<br>P O BOX 209<br>ROXBORO, NC 27573 | $52.00<br>INT: .00%<br>NAME ID: 560<br>CLAIM #: 0038 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: Record Notice |
| PERSON COUNTY TAX COLLECTOR<br>13 ABBITT STREET<br>P.O. BOX 1701<br>ROXBORO, NC 27573 | $1,441.07<br>INT: 9.00%<br>NAME ID: 220125<br>CLAIM #: 0040 | SECURED<br><br>ACCT: 2253<br>COMMENT: 2013 Real Property Tax |
| PERSON COUNTY TAX COLLECTOR<br>13 ABBITT STREET<br>P.O. BOX 1701<br>ROXBORO, NC 27573 | $76.54<br>INT: .00%<br>NAME ID: 220125<br>CLAIM #: 10040 | PRIORITY<br><br>ACCT: 2253<br>COMMENT: 2013 Vehicle Taxes |
| PORTFOLIO RECOVERY ASSOCIATES<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | $0.00<br>INT: .00%<br>NAME ID: 247515<br>CLAIM #: 0015 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:BELK/GEMB |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $1,575.97<br>INT: .00%<br>NAME ID: 30762<br>CLAIM #: 0014 | UNSECURED<br><br>ACCT: 4155<br>COMMENT: BELK REWARDS CARD |


| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $1,568.74<br>INT: .00%<br>NAME ID: 30762<br>CLAIM #: 0034 | | UNSECURED<br><br>ACCT: 0823<br>COMMENT: JC PENNEY |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $2,007.31<br>INT: .00%<br>NAME ID: 30762<br>CLAIM #: 0037 | | UNSECURED<br><br>ACCT: 4741<br>COMMENT: WAL-MART |
| SMITH DEBNAM NARRON DRAKE<br>SAINTSING<br>& MYERS, L.L.P<br>P.O. BOX 26268<br>RALEIGH, NC 27611 | $0.00<br>INT: .00%<br>NAME ID: 200825<br>CLAIM #: 0013 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:BB&T |
| SNAP-ON CREDIT LLC<br>950 TECHNOLOGY WAY STE 301<br>LIBERTYVILLE, IL 60048 | $10,411.36<br>INT: 5.25%<br>NAME ID: 108012<br>CLAIM #: 0003 | | SECURED<br><br>ACCT: 9313<br>COMMENT: CONS GOODS/ORDER |
| SNAP-ON CREDIT LLC<br>950 TECHNOLOGY WAY STE 301<br>LIBERTYVILLE, IL 60048 | $1,411.36<br>INT: .00%<br>NAME ID: 108012<br>CLAIM #: 10003 | | UNSECURED<br><br>ACCT: 9313<br>COMMENT: Split Claim |
| SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE, IN 47731 | MONTHLY PMT $0.00<br>INT: .00%<br>NAME ID: 214483<br>CLAIM #: 0004 | | ONGOING DEBT<br>PAID OUTSIDE<br>ACCT: 5772<br>COMMENT: 1ST DEED/TRUST (RES):Pay Direct |
| SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE, IN 47731 | $1,710.38<br>INT: .00%<br>NAME ID: 214483<br>CLAIM #: 0039 | | ARREARS-MORTGAGES/MOBILE HOMES<br><br>ACCT: 5772<br>COMMENT: ARREARS/1ST DEED/TRUST(RES) |
| SUNRISE CREDIT SERVICES INC<br>260 AIRPORT PLAZA<br>FARMINGDALE, NY 11735-3946 | $0.00<br>INT: .00%<br>NAME ID: 188668<br>CLAIM #: 0020 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:CAPONE |
| THE HONORABLE ERIC HOLDER<br>U.S. DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC 20530-0001 | $0.00<br>INT: .00%<br>NAME ID: 231054<br>CLAIM #: 0007 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:IRS |
| UNITED RECOVERY SYSTEMS, LP<br>5800 NORTH COURSE DRIVE<br>HOUSTON, TX 77072 | $0.00<br>INT: .00%<br>NAME ID: 248777<br>CLAIM #: 0024 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:CHASE |
| UNITED RECOVERY SYSTEMS, LP<br>POST OFFICE BOX 722929<br>HOUSTON, TX 77272-2929 | $0.00<br>INT: .00%<br>NAME ID: 228374<br>CLAIM #: 0025 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:CHASE |
| **TOTAL:** | **$60,857.15** | | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $3,500.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC  27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/18/2014　　　　　　　　　　　　　　　　　　OFFICE OF THE CHAPTER 13 TRUSTEE

　　　　　　　　　　　　　　　　　　　　By:  /s/  Brenda Nelms
　　　　　　　　　　　　　　　　　　　　　　　Clerk
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Office
　　　　　　　　　　　　　　　　　　　　　　　P. O. BOX 3613
　　　　　　　　　　　　　　　　　　　　　　　DURHAM, NC  27702-3613

cc:  Debtor
　　　Attorney for Debtor - Electronic Notice